# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Iverson,

        Plaintiff,

v.

Greystone Alliance, LLC,

        Defendant.

Civil No. 14-1027 (ADM/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff Michael Iverson's Motion for Default Judgment [Doc. No. 24] is **GRANTED IN PART** and **DENIED IN PART** as set forth fully herein; and

3. **JUDGMENT SHALL BE ENTERED** in favor of Michael Iverson and against Greystone Alliance, LLC, in the amount of $5,900, consisting of $500 in statutory damages, $5,000 in attorneys' fees, and $400 in costs, with post-judgment interest as provided by 28 U.S.C. § 1961.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2015

        s/Ann D. Montgomery
        Ann D. Montgomery
        United States District Judge